# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

ROBERT LATON FRIEND

AMENDED
JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:05mj227

USM Number: 18912058

Walter Daniels
Defendant's Attorney

**THE DEFENDANT:**

- X  pleaded guilty to count(s) ONE
- ☐  pleaded guilty to violation(s)
- ☐  pleaded not guilty to count(s)
- ☐  pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18 USC 113(a)(5) | Assault | 09/25/05 | ONE |

- ☐  Counts(s) (is)(are) dismissed on the motion of the United States.
- ☐  Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- ☐  Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for **TWO (2) MONTHS** with credit for time served; followed by **SUPERVISED PROBATION for SIX (6) MONTHS**, under standing general conditions and the following SPECIAL CONDITIONS:
1. Not violate any state, federal, or local laws;
2. Do not possess any controlled substance;
3. Submit to domestic violence evaluation under the direction of the probation officer and seek whatever treatment deemed necessary;
4. Submit to drug testing within FIFTEEN (15) DAYS of release from incarceration and submit to any drug testing as required by probation officer;
5. Submit to DNA sample as required by probation officer;
6. Reimburse the United States for court appointed counsel fees;
7. Pay a $25 assessment.
8. DO NOT have any contact whatsoever with the victim, Sandi Stranathan.

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Upon recommendation of the probation officer, probation may terminate after **THREE (3) MONTHS** if defendant in compliance.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date: _____

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal

**Signed: October 21, 2005**

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge